FALCO, REPRESENTING HER MINOR CHILD, PETITIONER, *v.* HERNÁNDEZ, SECRETARY OF THE SUPREME COURT, RESPONDENT.

PETITION for a Writ of *Mandamus* to the Secretary of the Supreme Court Directing Him to Certify Without Charge a Transcript of the Record in a Case Appealed to the Supreme Court of the United States.

No. 147.—Decided November 23, 1914.

FEES—ORDER OF DISTRICT COURT GRANTING LEAVE TO SUE IN FORMA PAUPERIS— EFFECT ON SECRETARY OF SUPREME COURT.—Orders of district courts granting leave to sue *in forma pauperis* only relieve the party interested from the payment of fees accruing in said courts, pursuant to the Act of March 10, 1904, but do not extend to obliging the secretary of this court to abstain from the collection of the fees prescribed by the Act of March 12, 1908.

The facts are stated in the opinion.
*Mr. Fernando Vázquez* for the petitioner.
The respondent did not appear.
MR. JUSTICE ALDREY delivered the opinion of the court.

Rosa Falcó, as the representative of her minor son, brought an action in the District Court of Mayagüez, which authorized her to bring the suit *in forma pauperis.* The case having come before this court on appeal and our judgment having been adverse to her, she has appealed to the Supreme Court of the United States.

Alleging these facts and also that the secretary of this court demands of her the sum of $32 in revenue stamps to be affixed to the certified transcript to be sent up to the appellate court, she moves this court to issue a peremptory writ of *mandamus* directing the secretary to certify to the transcript without collecting any fee for his services.

In prescribing the fees which the secretary and marshal of the district courts may lawfully charge for services rendered by them in discharging the duties imposed upon them by law, the Act concerning fees and compensation of certain officers of March 10, 1904, empowered the courts to relieve parties in civil actions from the payment of such fees upon proof that they are unable to pay the same and that they have a good cause of action or defense. Therefore, in accordance with the said statute, the order of the District Court of Mayagüez only relieved Rosa Falcó from the payment of the fees therein mentioned which were incurred in the said court, hence that order cannot bind the secretary of this court nor can we make use of it in order to compel him to certify the transcript without collecting the amount claimed.

Moreover, the fees demanded by the secretary of this court are not fixed by the above statute, but by a subsequent act fixing certain fees, approved March 12, 1908, and there is no statute authorizing this court to excuse their payment.

The application for a writ of *mandamus* is denied.

*Petition denied.*

Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.